**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RONALD SATISH EMRIT and NICOLE ROCIO LEAL-MENDEZ,** )<br>    Plaintiffs,                           )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>**BINDER & BINDER, ET AL.,**             )<br>    Defendants.                          ) | No. 3:14-CV-3844-D |

# ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiffs' applications to proceed *in forma pauperis*, and their motion *in limine*, are denied. No later than 28 days after this order is filed, plaintiffs must pay the full filing fee to the court of clerk. If they fail to make timely payment, the court will dismiss this action without prejudice.

**SO ORDERED**.

June 30, 2015.

*[signature: Sidney A. Fitzwater]*
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE